| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email<br><br>Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**United States Bankruptcy Court**
**Central District of California - Santa Ana Division**

| In re:<br>Christian Joseph Wintter | CASE NO.:<br>CHAPTER: 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 7/31/2024    Christian Joseph Wintter    [signature]
                    Printed name of Debtor 1          Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2          Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                      F 1002-1.EMP.INCOME.DEC



**Earnings Statement**

*Federal Express Corporation*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville,    TN 38017*
*(855) 339-6992*

```
                                Page 001 of 002
Pay Period:       04/16/2024 - 04/30/2024
Advice Date:      04/30/2024
Advice Number:    0101609879
Batch Number:     DCL002018338
Employee ID:      682882
```

**CHRISTIAN   J.   WINTTER   III**
-------------------------------
**Delivering   on   the   Purple   Promise
makes   this   check   possible.**

**Salaried Period 04/16/24 - 04/30/24**
**Semi-Monthly Salary $3,910.66**

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Base | | | 3910.66 | 31285.28 |
| STRAIGHT TIME | | | 3910.66 | Sub-Total |
| GROSS WAGES $$ | | | 3910.66 | Sub-Total |

| | | | | |
|---|---|---|---|---|
| TOTAL GROSS PAY | | | 3910.66 | 31285.28 |
| Fed Tax Wages | | | 3681.93 | 29455.44 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 3910.66 | 31285.28 |
| TOTAL TAXES | 1084.48 | 8696.98 |
| TOTAL DEDUCTIONS | 289.92 | 2335.36 |
| NET PAY | 2536.26 | 20252.94 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 555.07 | 4440.56 |
| Fed MED/EE | 54.53 | 436.18 |
| Fed OASDI/EE | 233.13 | 1865.03 |
| CA Withholdng | 200.39 | 1624.32 |
| CA OASDI/EE | 41.36 | 330.89 |
| TOTAL TAXES | 1084.48 | 8696.98 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPTx11 | 78.21 | 625.68 |
| &Medical 02 | 49.00 | 392.00 |
| Critcl Ill | 4.00 | 32.00 |
| &Dental 05 | 5.50 | 44.00 |
| &HC FSA 3 | 75.00 | 600.00 |
| HospIndemn | 2.20 | 17.60 |
| &LTDBuyup | 10.00 | 80.00 |
| 401kLoan02 | 54.99 | 439.92 |
| &STDBuyup | 9.50 | 76.00 |
| &Vision 03 | 1.52 | 12.16 |
| FitnessCtr | | 16.00 |
| TOTAL DEDUCTIONS | 289.92 | 2335.36 |

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kMatch4 | 58.66 | 469.28 |
| TOTAL ER PD BENEF | 58.66 | 469.28 |

© 2002 AutomaticData Processing (PCSUVO)

---

**Federal Express Corporation**
**Payroll Services**
**30 FedEx Pkwy,   2nd Fl Horiz**
**Collierville,   TN 38017**

Advice Number:   0101609879
Advice Date:     04/30/2024
682882

*This is not a check*

**Deposited to the account of**                          **Account Number**                              **Amount**
CHRISTIAN   J.   WINTTER   III                            XXXXXX7601                                     2536.26

# Earnings Statement

**FedEx®**

*Federal Express Corporation*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

Page 002 of 002
Pay Period: 04/16/2024 - 04/30/2024
Advice Date: 04/30/2024
Advice Number: 0101609879
Batch Number: DCL002018338
Employee ID: 682882

**CHRISTIAN J. WINTTER III**
--------------------------------
**Delivering on the Purple Promise makes this check possible.**

Other Information
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal inquiries, please contact:
Federal Express Corporation
3610 Hacks Cross Road
Memphis, TN 38125

© 2002 Automatic Data Processing (PCSUVO)

**FedEx®**

THIS IS NOT A CHECK