United States Bankruptcy Court

Central District of California

In re:  Case No. 24-11828-MH

Christian Joseph Wintter  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2

Date Rcvd: Sep 24, 2024      Form ID: van154      Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Christian Joseph Wintter, 3400 Avenue of the Arts Apt E320, Costa Mesa, CA 92626-1915 |
| 42060023 | DEPT OF EDUCATION / AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Sep 25 2024 04:26:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Sep 25 2024 04:26:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42060020 | + Email/PDF: bncnotices@becket-lee.com | Sep 25 2024 00:54:34 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 42060021 | EDI: CAPITALONE.COM | Sep 25 2024 04:26:00 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42072067 | EDI: CAPITALONE.COM | Sep 25 2024 04:26:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42060022 | EDI: JPMORGANCHASE | Sep 25 2024 04:26:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 42060024 | + EDI: WFFC2 | Sep 25 2024 04:26:00 | WELLS FARGO CARD SERVICES, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |
| 42060025 | + EDI: WFFC2 | Sep 25 2024 04:26:00 | WELLS FARGO DEALER SERVICES, PO BOX 71092, CHARLOTTE, NC 28272-1092 |
| 42067269 | + EDI: WFFC2 | Sep 25 2024 04:26:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, IRVING, TEXAS 75016-9005 |
| 42076660 | EDI: WFFC2 | Sep 25 2024 04:26:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0973-8  User: admin  Page 2 of 2
Date Rcvd: Sep 24, 2024  Form ID: van154  Total Noticed: 12

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Christian Joseph Wintter bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

FORM CACB van154−od13vdr
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Christian Joseph Wintter

**BANKRUPTCY NO.** 8:24−bk−11828−MH

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−3453
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 9/24/24

**Address:**
3400 Avenue of the Arts Apt E320
Costa Mesa, CA 92626−1915

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: September 24, 2024

BY THE COURT,

**Mark D. Houle**
United States Bankruptcy Judge

Form van154−od13vd Rev. 06/2017

**17 / JC6**