AMRANE COHEN
CHAPTER 13 TRUSTEE
Orange City Square
770 The City Dr. South, #3700
Orange, CA 92868
Tel: (714) 621-0200

# UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHRISTIAN JOSEPH WINTTER<br><br>Debtor(s). | Case No.: 8:24-bk-11828-MH<br><br>DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT |

On October 02, 2024, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Final Report & Account within the time period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 05, 2024 at Orange, California.

Dated:  November 05, 2024

/s/ ALDO AMAYA
ALDO AMAYA